**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Apr. 7, 2023

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>　　Plaintiff,<br><br>vs.<br><br>EDISON NY PARKING, LLC, a New York limited liability company, d/b/a EDISON PARKFAST, and 451 9TH AVENUE, LLC, a New York limited liability company,<br><br>　　Defendants.<br>_____/ | CASE NO: 1:22-cv-09950-ALC<br><br>SO ORDERED:<br><br>*/s/ Andrew L. Carter*<br>HON. ANDREW L. CARTER, JR.<br>UNITED STATES DISTRICT JUDGE<br><br>Apr. 7, 2023 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, EDISON NY PARKING, LLC, a New York limited liability company, d/b/a EDISON PARKFAST, and 451 9TH AVENUE, LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

　　Dated: This 9th day of March, 2023.

| | |
|---|---|
| By: _____<br>　B. Bradley Weitz, Esq.<br>　The Weitz Law Firm, P.A.<br>　Bank of America Building<br>　18305 Biscayne Blvd., Suite 214<br>　Aventura, FL 33160<br>　Telephone:  (305) 949-7777<br>　Facsimile:   (305) 704-3877<br>　Email: bbw@weitzfirm.com<br>　*Attorney for Plaintiff* | By: _____<br>　Ernest E. Badway, Esq.<br>　Fox Rothschild LLP<br>　101 Park Ave 17th floor<br>　New York, NY 10178<br>　Telephone: (212) 878-7986<br>　Email: EBadway@foxrothschild.com<br>　*Attorneys for Defendants* |